John Benton, *Plaintiff in Error*, v. The State of Florida, *Defendant in Error.*

Decision Filed July 5, 1921.

A Writ of Error to the Circuit Court for Holmes County; D. J. Jones, Judge.

*W. T. Bloodworth,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIntosh,* Assistant Attorney General, for the State.

PER CURIAM.—John Benton took writ of error to a judgment convicting him of the statutory offense of deserting his wife and withholding from her the means of support. The testimony is of such a nature that the court is of the opinion that justice will be subserved by granting a new trial.

Reversed.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.